UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER TOMAS MUNOZ
MATERANO,

                Petitioner,

      - against -

PAUL ARTETA, *et al.*,

             Respondents.

No. 25 Civ. 6137 (ER)

## STIPULATION AND ORDER CONCERNING ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

WHEREAS, on July 25, 2025, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Dkt. No. 1;

WHEREAS, following briefing on the habeas petition, the Court issued an Opinion & Order on September 9, 2025, granting the petition and ordering that Respondents (collectively, the "Government") immediately release Petitioner from custody, Dkt. No. 20;

WHEREAS, the Court's September 9, 2025 Order instructed that Petitioner's counsel file their fee application by September 23, 2025, Dkt. No. 20 at 39;

WHEREAS, the deadline for Petitioner's fee application was extended three times to allow the parties an opportunity to resolve Petitioner's claim for attorneys' fees and costs consensually, Dkt. Nos. 22, 25, 27;

WHEREAS, Petitioner's counsel asserts that Petitioner is entitled to attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412; and

WHEREAS, the parties wish to resolve Petitioner's claim for attorneys' fees and costs consensually without further litigation;

1

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1.      Petitioner agrees to accept payment of forty thousand dollars ($40,000.00) for attorneys' fees under the EAJA as settlement of his claim for attorneys' fees and costs in this action.

2.      Respondents agree to pay Petitioner attorneys' fees in this action in the amount of forty thousand dollars ($40,000) and will endeavor to make such payment as soon as reasonably practical after the Court endorses this Stipulation and Order.

3.      Petitioner agrees that payment of forty thousand dollars ($40,000) will dispose of all EAJA claims that have been raised, or could have been raised, against Respondents in this habeas action.

4.      Petitioner agrees to waive his right to payment of attorneys' fees and costs in this action, so that they may be paid directly to his counsel.

5.      Nothing herein shall constitute an admission by Respondents that Petitioner is entitled to EAJA fees in this action.

6.      This Stipulation and Order contains the entire agreement between the parties and may be executed in counterparts each of which shall be deemed to be one and the same.

Dated: New York, New York
      December 29, 2025

      JAY CLAYTON
      United States Attorney

By: _Ilan Stein_____

      JESSICA ROSENBAUM
      ILAN STEIN
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, NY 10007

Dated: New York, New York
      December 23, 2025

      NEW YORK LAWYERS FOR
      THE PUBLIC INTEREST

By: _____

      SOPHIE DALSIMER
      151 W. 30th Street, 11th Floor
      New York, NY 10001

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Date: December 29, 2025
      New York, New York

3