UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER TOMAS MUNOZ
MATERANO,

                    Petitioner,

        – *against* –

PAUL ARTETA, *in his official capacity as Warden of the Orange County Correctional Facility*; LADEON FRANCIS, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*; TODD LYONS, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; KRISTI NOEM *in her official capacity as Secretary of Homeland Security*; PAM BONDI, *in her official capacity as Attorney General*,

                    Respondents.

**ORDER**

25 Civ. 6137 (ER)

RAMOS, D.J.:

       The Court granted Javier Tomas Munoz Materano's ("Munoz Materano") petition for *habeas corpus* on September 12, 2025.  Doc. 20.  In that order, the Court directed Munoz Materano to file an application for attorneys' fees.  *Id.* at 39.  On December 29, 2025, the parties filed a proposed stipulation regarding the amount of attorneys' fees, Doc. 30, which the Court so ordered on December 30, 2025,  Doc. 31.  As there is nothing else pending, the Clerk of Court is respectfully directed to close this case.

       It is SO ORDERED.

Dated:    December 30, 2025
          New York, New York

                                         EDGARDO RAMOS, U.S.D.J.